**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MELINDA S. BRACEY,                    **INDICTMENT**

      Defendant.

_____/

The Grand Jury charges:

(Theft of Mail Contents by Postal Service Employee)

From in or about March 2020, to on or about August 5, 2020, in Ingham County, in the Southern Division of the Western District of Michigan,

MELINDA S. BRACEY,

a Postal Service employee, knowingly stole, abstracted, and removed articles, things, and other contents of mail.

Specifically, the defendant was a rural carrier for the United States Postal Service for the Stockbridge, Michigan post office. The defendant stole and opened First Class Mail, including greeting cards, and stole cash and stored value cards (also known as "gift cards") and other items that had come into her possession, and which were intended to be conveyed by mail.

**18 U.S.C. § 1709**

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

A Sanford for
_____
CHRISTOPHER M. O'CONNOR
Assistant United States Attorney